UNITED STATES of America, Plaintiff–Appellee,

v.

Juan PASO–ANGELES, Defendant–Appellant.

No. 13–10353.

United States Court of Appeals, Ninth Circuit.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted June 12, 2014.*

Filed June 18, 2014.

Monte Cress Clausen, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Peter Hormel, Esquire, Law Office of Peter Hormel, Tucson, AZ, for Defendant–Appellant.

Juan Paso–Angeles, Eden, TX, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Juan Paso–Angeles appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Paso–Angeles's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Paso–Angeles the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Paso–Angeles has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the

waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.